USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Trustees for the Mason Tenders District
Council Welfare Fund, et al.,

          Petitioner,

  -against-

Elite Demolition Contracting Corp.,

          Respondent.
-------------------------------------------------------x

**ORDER**

19 Civ. 9580 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

On October 16, 2019, Petitioner filed a petition and accompanying memorandum of law seeking to confirm the arbitration award pursuant to the Federal Arbitration Act, 9 U.S.C. § 9. It is hereby ordered that the respondent file opposition papers by (30 days). Petitioner shall reply by (15 days).

SO ORDERED.

Dated:    New York, New York
          January 16, 2020

/s/ Alvin K. Hellerstein
_____
ALVIN K. HELLERSTEIN
United States District Judge