```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
TRUSTEES FOR THE MASON TENDERS                                 :
DISTRICT COUNSEL WELFARE FUND,                                 :    ORDER DISMISSING CASE FOR
PENSION FUND, ANNUITY FUND, AND                                :    FAILURE TO PROSECUTE
TRAINING PROGRAM FUND, et al.,                                 :
                                                               :    19 Civ. 9580 (AKH)
                                       Petitioner,             :
        -against-                                              ::
                                                               :
ELITE DEMOLITION CONTRACTING CORP.,

                                       Respondant.
-------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Petitioner brought an action to confirm an arbitration award on October 16, 2019. Respondent filed an Answer on December 18, 2019. The Petitioner has failed to take further action. Accordingly, the action is dismissed for failure to prosecute.

       The Clerk is instructed to mark the case closed.

       SO ORDERED.

Dated:     March 21, 2023                                      /s/ Alvin Hellerstein
            New York, New York                           ALVIN K. HELLERSTEIN
                                                                   United States District Judge